514 A.2d 1371

**Glenn M. BOBAK, Appellant,**

**v.**

**ALLSTATE INSURANCE COMPANY.**

Supreme Court of Pennsylvania.

Argued Sept. 15, 1986.

Decided Oct. 1, 1986.

Jerry B. Landis, Pittsburgh, for appellant.

Michael L. Magulick, Pittsburgh, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

LARSEN, J., dissents.